UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE GEOFFREY KUBIK** <br><br> **AARON TRUMLY**, et al, <br><br> Appellants, <br><br> v. <br><br> **GEOFFREY KUBIK**, <br><br> Appellee. | **2:20-CV-12511-TGB-EAS** <br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

This case was appealed from the bankruptcy court on September 14, 2020. ECF No. 1. Since that date, parties have taken no further action. On January 29, 2021, pursuant to E.D. Mich. LR 41.2, the Court ordered Plaintiff to show cause, in writing, why the case should not be dismissed for failure to prosecute. Plaintiff has not responded to that order. As part of its inherent authority to manage its docket, the Court has the power to dismiss a complaint *sua sponte* for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED**, this 17th day of February, 2021.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE